In re FINKELSTEIN. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) In the matter of the petition of Beckie Finkelstein, to revoke and cancel liquor tax certificate No. 8,468, issued to Martha Mullins, etc. No opinion. Order and judgment reversed, and petition dismissed, with costs to the appellant in this court and in the court below, upon the ground that the decision was against the weight of the evidence.

FINNIE, Respondent, v. CENTRAL PARK, N. & E. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Michael Finnie against Central Park, North & East River Railroad Company. H. C. Smyth, for appellant. D. R. Almy, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 134 App. Div. 949, 118 N. Y. Supp. 1105.

FISS, DOERR & CARROLL HORSE CO., Respondent, v. GOLDE et al., Appellants. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by the Fiss, Doerr & Carroll Horse Company against Louis Golde and another. J. Manheim, for appellants. F. Pierce, for respondent. No opinion. Judgment and orders affirmed, with costs. Order filed.

FISS, DOERR & CARROLL HORSE CO., Respondent, v. GREEN, Appellant. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by the Fiss, Doerr & Carroll Horse Company against Patrick F. Green. I. L. Broadwin, for appellant. H. T. Banzhaf, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FLANAGAN, Respondent, v. INTERNATIONAL R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 11, 1910.) Action by Minnie Flanagan against the International Railway Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, motion denied, and judgment ordered for defendant upon the verdict.

SPRING, J., not sitting.

FLANDERS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 4, 1910.) Action by Joshua Flanders against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

FORSCHIRM v. MECHANICS' & TRADERS' BANK. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Fanny Forschirm against the Mechanics' & Traders' Bank. No opinion. Motion granted. Order filed. See, also, 122 N. Y. Supp. 168.

FOSTER & WATTENBERG, Appellants, v. MACK et al., Respondents. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Foster & Wattenberg against H. Arthur Mack and others. A. E. Pressinger, for appellants. S. S. Watson, for respondents. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

FOUNDATION CO., Appellant, v. LEVINE, Respondent. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by the Foundation Company against Benjamin A. Levine. E. D. Worcester, for appellant. M. Feltenstein, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FOX, Respondent, v. MILLARD CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 18, 1910.) Action by William J. Fox against the Millard Construction Company. No opinion. Judgment and order affirmed, with costs.

FRANK et al. v. WOLFF et al. (Supreme Court, Appellate Division, First Department. April 29, 1910.) Action by Solon J. Frank and others against Jules Wolff and others. A. V. Norton, for appellants. J. M. Gray, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FREDERICK F. INGRAM & CO., Respondent, v. COTTIER et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Frederick F. Ingram & Co. against John H. Cottier and others.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the evidence shows that Finch's indebtedness to the plaintiff was for an overdraft on his personal account for commissions, and not for the purposes of the business which Finch was prosecuting for the plaintiff, and hence not within the terms or contemplation of the bond.

FRIEDLANDER et al. v. CITRON et al. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Marie Friedlander and another against Nathan Citron and another. No opinion. Application granted. Order signed. See, also, 122 N. Y. Supp. 236.

FUCHS, Appellant, v. JOLINE et al., Respondents. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Max Fuchs, an infant, against Adrian H. Joline and another. H. M. Goldfogle, for appellant. F. J. Moses, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

FUGGETT, Respondent, v. KINNE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 25, 1910.) Action by Joseph M. Fuggett against William H. Kinne and another. No opinion. Judgment affirmed, with costs.

FULTON v. FULTON et al. (Supreme Court, Appellate Division, First Department.